**Opinion issued June 17, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00388-CV

_____

## IN RE JAMES S. PLATO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator James S. Plato challenges the trial

court's February 11, 2014 Qualified Domestic Relations Order.

We **deny** relator's petition for writ of mandamus. All outstanding motions

are **dismissed as moot**.

---

[1]     The underlying cause of action is *In the Matter of the Marriage of James S. Plato and Elisa A. Plato*, in the District court of Fort Bend County, Texas, 328th Judicial District, cause no. 07-DCV-156754.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle